Argued July 26, affirmed, August 9, 1976

In the Matter of the Dissolution of the Marriage of
YORK, *Appellant,*
*and*
YORK, *Respondent.*
(No. 13,323-E, CA 5678)

552 P2d 570

*J. David Coughlin,* Baker, argued the cause for appellant.

*Gerald R. Pullen,* Portland, argued the cause for respondent.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

Affirmed. *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973).